COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Case number:  01-14-00438-CV

Style:  *Don Johnson & Freddie Oliver, Appellants v. Texas Serenity Academy, Inc,*
*Appellee*

Date motion filed:  June 29, 2015

Party filing motion:      Appellants

The Court, having unanimously voted against rehearing en banc,

**orders** that the motion for rehearing en banc, as amended, is **denied**.

Judge's signature:  /s/ Jane Bland
                          Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland,
Massengale, Brown, Huddle, and Lloyd.

Date: July 28, 2015